DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTWAN BROOKS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3027

[March 22, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 12-16985CF10A.

Antwan Brooks, Mayo, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***